### (January 8, 1962)

In the Matter of BERNARD CONNAUGHTON, Petitioner, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.— In a proceeding under article 78 of the Civil Practice Act to annul the respondent's determination suspending petitioner's restaurant liquor license, in which a Justice of the Supreme Court has refused to grant a stay of said determination and suspension, the petitioner, pursuant to section 66 of the Civil Practice Act, now applies to this court for such stay. Application for stay denied. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

In the Matter of IRVING GINGOLD, an Attorney, Respondent. DENIS M. HURLEY, Petitioner.— In a proceeding under section 90 of the Judiciary Law, to discipline respondent, an attorney, the Referee has filed his report in which he found that charges 5C and 5E have been established and that charge 5A has not been established, and in which he recommended that respondent be suspended from the practice of the law for a period of one year. Petitioner moves to confirm the report except as to charge 5A. Respondent moves to confirm the report as to charge 5A only and to disaffirm the report in all other respects. The respective motions are denied. On the court's own motion, the Referee's report is confirmed *in toto*; and respondent is suspended from the practice of the law for a period of one year, commencing 20 days after entry of the order hereon. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

In the Matter of CARL H. HOFFMANN.— Motion by a suspended attorney, whose period of suspension has expired, for reinstatement to the Bar, referred to the Committee on Character and Fitness of the Tenth Judicial District for investigation and report as to the applicant's activities and conduct since his suspension, and for the committee's recommendation. The motion will be held in abeyance pending the filing of said report. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

BUDGETT CREDIT, INC., Respondent, v. WALTER WEST et al., Appellants, et al., Defendants. (Action No. 1.) BUDGET CREDIT, INC., Respondent, v. AUDREY WEST et al., Appellants, et al., Defendant. (Action No. 2.) — Motion by appellants to dispense with printing, denied. Motion by appellants to enlarge time to perfect their appeal, granted; time enlarged to the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before February 5, 1962. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

CHANBETS HOLDING CORPORATION, Respondent, v. ZOLLER BUILDING CORP. et al., Appellants, and BERNARD WEISINGER, Impleaded-Defendant-Respondent.— Motion by plaintiff-respondent for reargument or for leave to appeal to the Court of Appeals. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.